IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASTELLAS PHARMA INC.; ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; MEDIVATION LLC; MEDIVATION PROSTATE THERAPEUTICS LLC; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>QILU PHARMACEUTICAL (HAINAN) CO., LTD.; QILU PHARMA, INC.,<br><br>*Defendants*. | C.A. No. 2:24-cv-3747 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc., Medivation LLC, Medivation Prostate Therapeutics LLC, and The Regents of the University of California (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby dismiss this action without prejudice, with each party bearing its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Plaintiffs filed this action as a protective suit against Defendants Qilu Pharmaceutical (Hainan) Co., Ltd. and Qilu Pharma, Inc. (collectively, "Defendants") one day after filing a patent infringement action asserting the same patents in the U.S. District Court for the District of New Jersey, *Astellas Pharma Inc. et al. v. Qilu Pharm. (Hainan) Co., Ltd. et al.*, C.A. No. 2:24-cv-8217 (MAS) (RLS) (D.N.J.). Plaintiffs are voluntarily dismissing this action because Defendants have consented to personal jurisdiction and venue in the District of New Jersey for

that action. Defendants have not been served with the summons or complaint in this action and thus have not served an answer or otherwise moved.

| | |
|---|---|
| Dated: August 16, 2024 | McCARTER & ENGLISH, LLP, |
| *Of Counsel*: | */s/ Daniel J. Brown* |
| Dominick A. Conde | Daniel J. Brown (PA ID # 324466) |
| William E. Solander | 1600 Market St. Suite 3900 |
| Erin J.D. Austin | Philadelphia, PA 19103 |
| Whitney M. Howard | (215) 979-3800 |
| VENABLE LLP | djbrown@mccarter.com |
| 151 West 42nd Street | |
| New York, NY 10036 | *Attorneys for Plaintiffs* |
| | |
| Evan S. Krygowski | |
| VENABLE LLP | |
| 600 Massachusetts Ave., NW | |
| Washington, DC 20001 | |